O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUYEN NGUYEN; and TRUONG X NGUYEN,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GMAC MORTGAGE; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; GREENPOINT MORTGAGE FUNDING, INC.; EXECUTIVE TRUSTEE SERVICES, LLC; and DOES 1-10, Inclusive,<br><br>　　　　Defendants. | Case No. EDCV 09-01434-VAP (JEMx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE as to Defendant GreenPoint Mortgage Funding, Inc. The Court orders that such judgment be entered.

Dated: September 22, 2009

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　United States District Judge