O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUYEN NGUYEN; and TRUONG X NGUYEN,<br><br>    Plaintiffs,<br><br>  v.<br><br>GMAC MORTGAGE; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. et al.,<br><br>    Defendants. | Case No. EDCV 09-01434-VAP (JEMx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE as to Defendants GMAC Mortgage, LLC, Mortgage Electronic Registration Systems, Inc., and Executive Trustee Services, LLC.  The Court orders that such judgment be entered.

Dated: September 22, 2009

                                                          _____
                                                          VIRGINIA A. PHILLIPS
                                                       United States District Judge